## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, THE CHICAGO LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND and CATHERINE WENSKUS, not individually, but as Administrator of the Funds,<br><br>     Plaintiffs,<br><br> v.<br><br>MIDWEST REM ENTERPRISES, INC., an Illinois corporation,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Judge<br><br>Case No. 18 C 5321 |

## COMPLAINT

Plaintiffs, Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds (hereinafter collectively the "Funds"), by their attorneys, Patrick T. Wallace, Amy N. Carollo, G. Ryan Liska, and Katherine C. V. Mosenson, for their Complaint against Defendant Midwest REM Enterprises, Inc., an Illinois corporation, state:

### COUNT I
### (Failure to Pay Fringe Benefit Contributions as Revealed by Submitted Reports)

1. Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132 (e)(1) and

(2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), 28 U.S.C. §1331, and federal common law.

2.     Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391 (a) and (b).

3.     The Funds are multiemployer Trusts established pursuant to Section 302(c)(5) of the LMRA, 29 U.S.C. §186(c)(5). The Funds maintain their respective Plans, which are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA, 29 U.S.C. §1002(3) and 37(A), pursuant to their respective Agreements and Declarations of Trust in accordance with Section 302(c)(5) of the LMRA. The Funds have offices and conduct business within this District.

4.     Plaintiff Catherine Wenskus is the Administrator of the Funds, and has been duly authorized by the Funds' Trustees to act on behalf of the Funds in the collection of employer contributions owed to the Funds and to the Construction and General District Council of Chicago and Vicinity Training Fund, and with respect to the collection by the Funds of amounts which have been or are required to be withheld from the wages of employees in payment of union dues for transmittal to the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union").  With respect to such matters, Wenskus is a fiduciary of the Funds within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).

5.     Defendant Midwest REM Enterprises, Inc., (hereinafter the "Company" or "Midwest REM"), is an Illinois corporation.  At all times relevant herein, the Company did business within this District and was an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5), and Section 301(a) of the LMRA, 29 U.S.C. §185(c).

6.     The Union is a labor organization within the meaning of 29 U.S.C. §185(a).  The Union and the Company are parties to a collective bargaining agreement, the most recent of which became effective June 1, 2017 ("Agreement").  At all times relevant herein, the Company's employees performed work covered by the same Agreement. (A copy of the "short form" Agreement entered into between the Union and the Company which Agreement adopts and incorporates a Master Agreement between the Union and various employer associations, and also binds the Company to the Funds' respective Agreements and Declarations of Trust and the Agreements and Declarations of Trusts of the various Funds listed in Paragraph 7 below, is attached hereto as Exhibit A.)

7.     The Funds have been duly authorized by the Construction and General Laborers' District Council of Chicago and Vicinity Training Trust Fund (the "Training Fund"), the Concrete Contractors' Association of Greater Chicago ("CCA"), the Chicago Area Independent Contractors Association ("CAICA"), the Builders' Association of Greater Chicago ("BAC"), the Midwest Construction Industry Advancement Fund ("MCIAF"), the Chicagoland Construction Safety Council (the "Safety Fund"), the Laborers' Employers' Cooperation and Education Trust ("LECET"), the Illinois Road Builders Association ("IRBA"), the CDCNI/CAWCC Contractors' Industry Advancement Fund (the "Wall & Ceiling Fund"), the CISCO Uniform Drug/Alcohol Abuse Program ("CISCO"), the Midwest Wall and Ceiling Contractors ("MWCC") the Laborers' District Council Labor Management Committee Cooperative ("LDCLMCC"), and the Illinois Small Pavers Association ("ISPA") to act as an agent in the collection of contributions due to those funds.

8.     The Agreement, the Funds' respective Agreements and Declarations of Trust, and the Training Fund Agreement and Declaration of Trust, obligate the Company to make

3

contributions on behalf of its employees covered by the Agreement for pension benefits, health and welfare benefits, retiree health and welfare benefits, and for the training fund and to submit monthly remittance reports in which the Company, *inter alia*, identifies the employees covered under the Agreement and the amount of contributions to be remitted to the Funds on behalf of each covered employee. Pursuant to the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, and the Training Fund Agreement and Declaration of Trust, contributions which are not submitted in a timely fashion are assessed liquidated damages plus interest.

9. The Agreement and the Funds' respective Agreements and Declarations of Trust require the Company to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

10. The Agreement obligates the Company to obtain and maintain a surety bond to insure future wages, pension, and welfare contributions.

11. Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company performed Covered Work during the months of January through April 2018, and submitted reports which revealed that the Company has:

 a. failed to pay contributions in the amount of $37,896.32 owed to Plaintiff Laborers' Pension Fund for January through April 2018, thereby depriving the Laborers' Pension Fund of contributions, income, and information needed to administer the Fund and jeopardizing the pension benefits of the participants and beneficiaries;

 b. failed to pay contributions in the amount of $31,221.41 to Plaintiff Laborers' Welfare Fund of the Health and Welfare Department of the Construction and

General Laborers' District Council of Chicago and Vicinity for January through April 2018, thereby depriving the Welfare Fund of contributions, income, and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries;

      c.     failed to pay contributions in the amount of $13,842.00 to Plaintiff Chicago Laborers' District Council Retiree Health and Welfare Fund for January through April 2018, thereby depriving the Retiree Welfare Fund of contributions, income, and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries;

      d.     failed to pay contributions in the amount of $1,538.00 to the Laborers' Training Fund for January through April 2018, thereby depriving the Laborers' Training Fund of contributions, income, and information needed to administer the Fund and jeopardizing the training fund benefits of the participants and beneficiaries; and

      e.     failed to obtain and maintain a surety bond in accordance with the Agreement.

True and accurate copies of the Company's January through April 2018 fringe benefit reports are attached hereto as Exhibits B-1 through B-4.

     12.     The Company's actions in failing to submit timely reports and contributions violate Section 515 of ERISA, 29 U.S.C. §1145, and Section 301 of the LMRA, 29 U.S.C. §185.

     13.     Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. §185, the terms of the Agreement  and the Funds' respective Trust Agreements, and federal common law, the Company is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid contributions,

accumulated liquidated damages, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Defendant Midwest REM Enterprises, Inc.:

a.    entering judgment in sum certain against Midwest REM on the amounts reported due and owing pursuant to the January through April 2018 forward benefits reports, in addition to interest, liquidated damages, accumulated liquidated damages, and attorneys' fees and costs;

b.    ordering Midwest REM to obtain and maintain a surety bond; and

c.    awarding Plaintiffs any further legal and equitable relief as the Court deems just and appropriate.

## COUNT II
### (Failure to Submit Reports and Pay Union Dues)

14.    Plaintiffs reallege paragraphs 1 through 13 of Count I as though fully set forth herein.

15.    Pursuant to agreement, the Funds have been duly designated to serve as collection agents for the Union in that the Funds have been given the authority to collect from employers union dues which have been or should have been deducted from the wages of covered employees. Union dues which are not submitted in a timely fashion are assessed ten percent liquidated damages.

16.    Notwithstanding the obligations imposed by the Agreement, the Company performed Covered Work during September 2017 forward, and has failed to submit dues reports and dues that were deducted or should have been deducted from the wages of its employees

performing Covered Work during September 2017 forward, thereby depriving the Union of income and information necessary to determine dues submission compliance.

17.     Pursuant to the Agreement and federal common law, the Company is liable for the unpaid union dues, as well as liquidated damages, accumulated liquidated damages, reasonable attorneys' fees and costs as the Union's collection agent, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Midwest REM Enterprises, Inc.:

      a.     ordering Midwest REM to submit its September 2017 forward dues reports;

      b.     entering judgment in sum certain against Midwest REM on the amounts due and owing pursuant to the September 2017 forward dues reports, including contributions, liquidated damages, accumulated liquidated damages, and attorneys' fees and costs; and

      c.     awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

**COUNT III**
**(Failure to Pay Employee Benefit Contributions Pursuant to an Audit)**

18.     Plaintiffs reallege Paragraphs 1 through 13 of Count I, and Paragraphs 14 through 17 of Count II as though full set forth herein.

19.     An audit of Midwest REM's books and records for the time period of April 1, 2014 through June 30, 2017 revealed that the Company performed covered work during the audit period, but that notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company has:

7

a.      failed to submit $524.96 in contributions due to the Pension Fund for the audit period of April 1, 2014 through June 30, 2017, thereby depriving the Pension Fund of information and income necessary to administer the Fund;

b.      failed to submit $464.07 in contributions due to the Welfare Fund for the audit period of April 1, 2014 through June 30, 2017, thereby depriving the Welfare Fund of information and income necessary to administer the Fund;

c.      failed to submit $193.58 in contributions due to the Retiree Welfare Fund for the audit period of April 1, 2014 through June 30, 2017, thereby depriving the Retiree Welfare Fund of information and income necessary to administer the Fund;

d.      failed to submit $23.25 to the Training Fund for the audit period of April 1, 2014 through June 30, 2017, thereby depriving the Training Fund of information and income necessary to administer the Fund;

e.      failed to submit $2,136.85 in contributions due to the LDCLMCC Fund for the audit period of April 1, 2014 through June 30, 2017, thereby depriving the LDCLMCC Fund of information and income necessary to administer the Fund;

f.      failed to submit $478.08 in contributions due to the MWCC Fund for the audit period of April 1, 2014 through June 30, 2017, thereby depriving the MWCC Fund of information and income necessary to administer the Fund; and

g.      failed to submit $1,119.45 in contributions due to the LECET Fund for the audit period of April 1, 2014 through June 30, 2017, thereby depriving the LECET Fund of information and income necessary to administer the Fund.

A true and accurate copy of the Audit Report is attached hereto as Exhibit C-1, and a true and accurate copy of the Audit Summary Sheet is attached hereto as Exhibit C-2.

20.     Under the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company owes liquidated damages plus interest on all unpaid contributions revealed by the audit for the period of April 1, 2014 through June 30, 2017.

21.     Under the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company is liable for the costs of any audit which reveals unpaid contributions. Accordingly, Midwest REM owes the Funds $4,979.75 in audit costs for the audit for the period of April 1, 2014 through June 30, 2017. See Exhibits C-1 and C-2.

22.     The Company's actions in failing to submit benefit contributions revealed due and owing pursuant to the audit violate Section 515 of ERISA, 29 U.S.C. §1145.

23.     Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. §185, the terms of the Agreement  and the Funds' respective Agreements and Declarations of Trust, and federal common law, Midwest REM is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid contributions, audit costs, and reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Defendant Midwest REM Enterprises, Inc.:

      a.     entering judgment in sum certain against Midwest REM on the amounts due and owing pursuant to the audit for the time period of April 1, 2014 through June 30, 2017, including contributions, interest, liquidated damages, accumulated liquidated damages, audit costs, and attorneys' fees and costs; and

      b.     awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

## COUNT IV
### (Failure to Pay Union Dues Pursuant to an Audit)

24.     Plaintiffs reallege Paragraphs 1 through 13 of Count I, Paragraphs 14 through 17 of Count II, and Paragraphs 18 through 23 of Count III, as though fully set forth herein.

25.     Notwithstanding the obligations imposed by the Agreement, the Company performed covered work during the audit period of April 1, 2014 through June 30, 2017 but failed to withhold and/or submit payment of $14,517.79 in union dues that were or should have been withheld from the wages of employees for the period of April 1, 2014 through June 30, 2017, thereby depriving the Union of income and information. See Exhibits C-1 and C-2.

26.     Pursuant to the Agreement and federal common law, the Company owes liquidated damages on all late or unpaid dues as revealed by the audit for the period of April 1, 2014 through June 30, 2017, plus audit costs, and reasonable attorneys' fees and costs as the Union's collection agent, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Midwest REM Enterprises, Inc.:

a.   entering judgment in sum certain against Midwest REM on the amounts due and owing pursuant to the audit for the time period of April 1, 2014 through June 30, 2017, including dues, liquidated damages, accumulated liquidated damages, audit costs, and attorneys' fees and costs; and

b.   awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

<u>COUNT V</u>
**(Failure to Submit Reports and Pay Employee Benefit Contributions)**

27.     Plaintiffs reallege Paragraphs 1 through 13 of Count I, Paragraphs 14 through 17 of Count II, Paragraphs 18 through 23 of Count III, and Paragraphs 24 through 26 as though fully set forth herein

28.     Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company has has:

     a.     failed to submit reports and pay all contributions to Plaintiff Laborers' Pension Fund for the period of May 2018 forward, thereby depriving the Laborers' Pension Fund of contributions, income, and information needed to administer the Fund and jeopardizing the pension benefits of the participants and beneficiaries;

     b.     failed to submit reports and pay all contributions to Plaintiff Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity for the period of May 2018 forward, thereby depriving the Welfare Fund of contributions, income, and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries;

     c.     failed to submit reports and pay all contributions to Plaintiff Chicago Laborers' District Council Retiree Health and Welfare Fund for the period of May 2018 forward, thereby depriving the Retiree Welfare Fund of contributions, income, and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries;

     d.     failed to submit reports and pay all contributions to the Laborers' Training Fund for the period of May 2018 forward, thereby depriving the Laborers' Training Fund

of contributions, income, and information needed to administer the Fund and jeopardizing the training fund benefits of the participants and beneficiaries; and

e. failed to submit reports and pay all contributions owed to one or more of the other affiliated funds identified in Paragraph 8 above for the period of May 2018 forward, thereby depriving said fund(s) of contributions, income, and information needed to administer said fund(s) and jeopardizing the benefits of the participants and beneficiaries.

29. The Company's actions in failing to submit timely reports and contributions violate Section 515 of ERISA, 29 U.S.C. §1145, and Section 301 of the LMRA, 29 U.S.C. §185.

30. Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. §185, the terms of the Agreement and the Funds' respective Trust Agreements, and federal common law, the Company is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid contributions, accumulated liquidated damages, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Defendant Midwest REM Enterprises, Inc.:

a. ordering Midwest REM to submit benefit reports for the time period of May 2018 forward;

b. entering judgment in sum certain against Midwest REM on the amounts reported due and owing pursuant to the May 2018 forward benefits reports, in addition to interest, liquidated damages, accumulated liquidated damages, and attorneys' fees and costs;

      c.     awarding Plaintiffs any further legal and equitable relief as the Court deems just and appropriate.

August 3, 2018

Laborers' Pension and Welfare Funds
Office of Fund Counsel
111 West Jackson Boulevard
Suite 1415
Chicago, Illinois 60604
(312) 692-1540

Laborers' Pension Fund, et al.

By:  /s/ Katherine Mosenson

HEADQUARTERS OF

# Construction & General Laborers'
# District Council of Chicago and Vicinity

Affiliated with the Laborers International Union of North America, A.F. of L. - C.I.O. –
6121 WEST DIVERSEY AVENUE - CHICAGO, ILLINOIS 60639 - PHONE: 773-237-7537 - FAX: 773-237-3417

LOCALS 1, 2, 4, 5, 6, 25, 75, 76, 96, 118, 149, 152, 225, 269, 288, 582, 681, 1001, 1006, 1035, 1092



## INDEPENDENT CONSTRUCTION INDUSTRY
## COLLECTIVE BARGAINING AGREEMENT

It is hereby stipulated and agreed by and between *Midwest Perm Engineering Inc.*, herein called the "EMPLOYER", and the CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, herein called the "UNION", representing and encompassing Local Nos. 1, 2, 4, 5, 6, 25, 75, 76, 96, 118, 149, 152, 225, 269, 288, 582, 681, 1001, 1006, 1035, 1092 and encompassing the geographical areas of the counties of Cook, Lake, DuPage, Will, Grundy, Kendall, Kane, McHenry and Boone, in the State of Illinois, together with any other locals which may come within the jurisdiction of the UNION, that:

1. EMPLOYER, in response to the UNION's claim that it represents an uncoerced majority of each EMPLOYERS' laborer employees, acknowledges and agrees that there is no good faith doubt that the UNION has been authorized to and in fact does represent such majority of laborer employees. Therefore, the UNION is hereby recognized as the sole and exclusive collective bargaining representative for the employees now or hereafter employed in the bargaining unit with respect to wages, hours of work and other terms and conditions of employment in accordance with Section 9 of the National Labor Relations Act without the need for a Board certified election.

2. The EMPLOYER affirms and adopts the Collective Bargaining Agreements between the UNION and the Builders Association of Chicago and Vicinity, the Illinois Road Builders Association, the Underground Contractors Association, the Mason Contractors Association of Greater Chicago, the Concrete Contractors Association of Greater Chicago, G.D.C.N.I./C.A.W.C.C., the Lake County Contractors Association, the Contractors Association of Will and Grundy Counties, the Fox Valley General Contractors Association, the Chicago Demolition Contractors' Association, the Illinois Environmental Contractors Association, and all other Associations with whom the District Council or any of its affiliated local unions has a duly negotiated agreement, and re-establishes all agreements from June 1, 1976 together with all amendments thereto. Where no current Association agreement exists the terms of the most recent expired agreement are incorporated herein with all terms, conditions and dates extended for the duration hereof, until a current agreement exists that shall be incorporated retroactively herein. It is further agreed that where a contractor works in the jurisdiction of any local UNION, then the Association agreement covering the local UNION is herein specifically incorporated in this agreement and shall supersede the standard District Council agreements in the case of any conflict between the District Council agreement and the local Association agreement. Nothing herein shall limit the jurisdiction of this Agreement to less than that provided in this Agreement.

3. The EMPLOYER agrees to pay the amounts that it is bound to pay under said Collective Bargaining Agreements to the HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, the LABORERS' PENSION FUND, the CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY TRAINING TRUST FUND, the CHICAGO AREA LABORERS-EMPLOYERS COOPERATION EDUCATION TRUST ("LECET"), and to all other designated Union-affiliated benefit funds, and to become bound by and be considered a party to the Agreements and Declarations of Trust creating said Trust Funds as if it had signed the original copies of the Trust Instruments and amendments thereto. The EMPLOYER ratifies and confirms the appointment of the EMPLOYER Trustees who shall, together with their successor Trustees, designated in the manner provided in said Agreements and Declaration of Trusts and jointly with an equal number of Trustees appointed by the UNION, carry out the terms and conditions of the Trust Instruments.

The EMPLOYER further affirms and re-establishes that all prior contributions paid to the Welfare, Pension, Training and LECET Funds were made by duly authorized agents of the EMPLOYER at all proper rates, for the appropriate periods of time, and that by making said prior contributions the EMPLOYER evidences the intent to be bound by the terms of the Trust Agreement and Collective Bargaining Agreements which were operative at the time the contributions were made, acknowledging the report form to be a sufficient instrument in writing to bind the EMPLOYER in the applicable agreements.

4. Employees covered by this Working Agreement shall retain all the work traditionally performed by members of the UNION. The EMPLOYER agrees that it will not cause any such traditionally performed work to be done at a construction site by employees other than those covered by this Memorandum of Agreement, except with the prior written consent of the UNION. Any EMPLOYER, whether acting as a contractor, general manager or developer, who contracts out or sublets any of the work coming within the jurisdiction of the UNION, shall assume the obligations of any such subcontractor for prompt payment of employees' wages and other benefits, including reasonable attorneys' fees incurred in enforcing the provisions hereof. Notwithstanding any agreement to the contrary, the EMPLOYER's violation of any provision of this paragraph will give the UNION the right to take any other lawful action, including all remedies at law or equity.

5. In the event of any change in the ownership, management or operation of the EMPLOYER's business by sale or otherwise, it is agreed that as a condition of such transfer or change that the new owner and management shall be fully bound by the terms and conditions of this Agreement. This Agreement is applicable to all successors and transferees of the EMPLOYER, whether corporate or otherwise. The EMPLOYER shall provide ten (10) days prior notice to the Union of the sale or transfer.

6. The negotiated wage and fringe benefit contribution rates in the various Collective Bargaining Agreements are as follows:

| | |
|---|---|
| June 1, 1998<br>to<br>May 31, 1999 | $23.56 Per Hour Wages<br>$ 3.27 Per Hour Health and Welfare Fund<br>$ 2.05 Per Hour Pension Fund<br>$ .10 Per Hour Training Fund (plus additional amounts in Association agreement)<br>$ .02 Per Hour MCIAF (if applicable in Association agreement)<br>$ .02 Per Hour LECET (to be deducted from MCIAF if LECET contribution is not provided in Association agreement)<br>$ .01 Per Hour Chicagoland Safety Council (if applicable)<br>In addition, the Employer shall pay other amounts if provided in appropriate Association agreements for industry funds. |
| June 1, 1999<br>to<br>May 31, 2000 | $ 1.25 Per Hour increase for the year June 1, 1999 through May 31, 2000 to be allocated between wages and fringe benefits by the Union in its sole discretion. Welfare, Pension, Training and LECET Funds contributions to remain the same unless additional sums are allocated. |
| June 1, 2000<br>to<br>May 31, 2001 | $ 1.35 Per Hour increase for the year June 1, 2000 through May 31, 2001, to be allocated between wages and fringe benefits by the Union in its sole discretion. Welfare, Pension, Training and LECET Funds contributions remain the same unless additional sums are allocated. |

All additional wage rates, dues checkoff, and fringe benefits that are negotiated or become effective after May 31, 2001, shall be incorporated in this Memorandum of Agreement.

7. Effective June 1, 1998, all EMPLOYERS covered by this Memorandum of Agreement incorporating the various Collective Bargaining Agreements shall deduct from the wages of employees covered by the said contract, uniform working dues in the amount of 1.5% of gross wages, or as determined by the UNION, and shall remit monthly to the UNION office designated by the EMPLOYER by the District Council the sums as deducted, together with an accurate list of employees from whom wages and dues were deducted and the amounts applicable to each employee, not later than the 15th day of the month following the month for which said deductions were made.

8. It is the intention of the parties that such deductions shall comply with the requirements of Section 302(c)(4) of the Labor Management Relations Act of 1947, as amended and such deductions be made only pursuant to written agreements from each employee on whose account such deductions are made, which assignment shall not be irrevocable for a period of more than one year or beyond the termination date of the Memorandum of Agreement, whichever occurs sooner.

9. This Agreement shall remain in full force and effect through May 31, 2001 (unless an applicable Association agreement is of longer duration) and shall continue thereafter unless there has been given written notice, by registered or certified mail by either party hereto, received no less than sixty (60) nor more than ninety (90) days prior to the expiration date, of the desire to modify or amend this Agreement through negotiations. In the absence of such notice the EMPLOYER and the UNION agree to be bound by the new area-wide negotiated contracts with the various Associations incorporating them into this Agreement and extending this Agreement for the life of the newly negotiated contracts.

10. The EMPLOYER acknowledges and accepts the facsimile signatures on this contract as if they were the original signatures. The EMPLOYER further acknowledges receipt of a copy of the complete Joint Working Agreement. Upon request of the UNION, the EMPLOYER shall execute another agreement that reflects the final contract settlements incorporated herein.

Dated 2601 *Lemoyne*     11-4-98
       month / day         year

ACCEPTED:

Laborers' Local Union No. ____ # 76 _____

By: _Maxine Zapun_____

CONSTRUCTION AND GENERAL LABORERS'
DISTRICT COUNCIL OF CHICAGO AND VICINITY

By: _R M Bloch_____
   Robert P. Bloch, Trustee

For Office Use Only:

_____

_____

_____

_Midwest Perm Engineering Inc.____
           (Employer)

By: _Alberto Bramier — Personal clerk____
   (Print Name and Title)

_A. B. E____
   (Signature)

_2601 W. Lemoyne____
   (Address)

_Melrose Pk. IL 60136____
   (City, State and Zip Code)

_708 - 345-8055____
   (Telephone)

TRUST FUND



EXHIBIT
A

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**   www.chicagolaborersfunds.com

FED. ID NO. 36-3924083
PHONE 708-345-8099

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

| CODE | |
|---|---|
| 032808 | |

REPORT FOR HOURS WORKED IN JAN. 2018
PERIOD FROM          TO

Please
check
here

JG

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST REM ENTERPRISES
2601 W LE MOYNE ST
MELROSE PARK IL 60160-1831

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| ▓▓▓▓ | 0076 | RICARDO GARCIA | 41.50 |
| ▓▓▓▓ | 0002 | ALEJANDRO REYES | |
| ▓▓▓▓ | 0076 | ERNESTO CARRERA | |
| ▓▓▓▓ | 0001 | RAMIRO LECHUGA | 90.50 |
| ▓▓▓▓ | 0002 | MIRKO BOLOTIN | 12.00 |
| ▓▓▓▓ | | PEDRO GARCIA | 86.00 |
| ▓▓▓▓ | 0002 | DINO C DIPADOVA | 95.00 |
| ▓▓▓▓ | 0002 | ARMANDO BAHENA JR. | |
| ▓▓▓▓ | 0076 | TIMOTHY EDWARD CONNORS | 103.00 |
| ▓▓▓▓ | 0068 | FRANCISCO CARDENAS | |
| ▓▓▓▓ | 0582 | JEREMY PANICO | 94.00 |
| ▓▓▓▓ | 0006 | RICARDO VALDEZ | 86.00 |
| ▓▓▓▓ | | Peel Kyle C | 8.00 |
| ▓▓▓▓ | | Peel Matthew B | 8.00 |
| ▓▓▓▓ | | Carrera Miguel | 89.00 |
| ▓▓▓▓ | | Goss Jeffery | -40.00 |
| | | | 673 |
| | | | $18,487.31 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
If you are using USPS mail
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300
If you are using Courier packages & messenger deliveries:
Xerox c/o BMO Harris
LDX 33367
141 W Jackson Blvd Ste 1000
Chicago, IL 60604

Fund Adm. _____  Employer _____

Union _____  By _____
                          Signed by an authorized officer, partner or agent only

REMITTAN...

**EXHIBIT B-1**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|---|---|
| 032808 | |

FED. ID NO.36-3924083
PHONE 708-345-8099

REPORT FOR HOURS WORKED IN FEB. 2018
PERIOD FROM            TO

Please check here

JG

MIDWEST REM ENTERPRISES
2601 W LE MOYNE ST
MELROSE PARK IL 60160-1831

| Inactive | PAGE 1 |
|---|---|
| ☐ No Laborers This Month | |
| ☐ No Laborers Until Further | |
| **Final Report** | |
| ☐ Sold (out of) Business | |
| ☐ Change of address | |
| ☐ Change in name | |
| ☐ Send more forms | |

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| ▓▓▓▓ | 0076 | RICARDO GARCIA | 145.50 |
| ▓▓▓▓ | 0002 | ALEJANDRO REYES | |
| ▓▓▓▓ | 0076 | ERNESTO CARRERA | |
| ▓▓▓▓ | 0001 | RAMIRO LECHUGA | 144.50 |
| ▓▓▓▓ | 0002 | MIRKO BOLOTIN | |
| ▓▓▓▓ | | PEDRO GARCIA | 112.00 |
| ▓▓▓▓ | 0002 | DINO C DIPADOVA | 146.00 |
| ▓▓▓▓ | 0002 | ARMANDO BAHENA JR. | |
| ▓▓▓▓ | 0076 | TIMOTHY EDWARD CONNORS | 144.00 |
| ▓▓▓▓ | 0088 | FRANCISCO CARDENAS | |
| ▓▓▓▓ | 0582 | JEREMY PANICO | 136.50 |
| ▓▓▓▓ | 0006 | RICARDO VALDEZ | 104.00 |
| ▓▓▓▓ | | Carrera Miguel | 158.50 |
| ▓▓▓▓ | | ▓▓▓▓▓▓ | ▓▓▓▓ |
| | | | |
| | | | 28,804.95 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
If you are using USPS mail:
Laborers' Pension & Welfare Funds
33307 Treasury Center
Chicago, IL 60694-3300
If you are using Courier packages & messenger deliveries:
Xerox CO BMO Harris
LBX 33307
141 W Jackson Blvd Ste 1000
Chicago, IL 60604

Fund Adm. _____  Employer _____

Union _____  By _____
                                   Signed by an authorized officer, partner or agent only

REMITTANC[E]

**EXHIBIT B-2**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | 032808 |
|---|---|

FED. ID NO.36-3924083
PHONE 708-345-8099

PAGE 1

REPORT FOR HOURS WORKED IN MAR. 2018
PERIOD FROM                TO

Please check here

MIDWEST REM ENTERPRISES
2601 W LE MOYNE ST
MELROSE PARK IL 60160-1831

JG

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further
- [ ] **Final Report**
- [ ] Sold (out of) Business
- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| ▓▓▓▓▓ | 0076 | RICARDO GARCIA | 1,088.00 |
| ▓▓▓▓▓ | 0002 | ALEJANDRO REYES | |
| ▓▓▓▓▓ | 0076 | ERNESTO CARRERA | 41.50 |
| ▓▓▓▓▓ | 0001 | RAMIRO LECHUGA | 105.50 |
| ▓▓▓▓▓ | 0075 | KYLE CHRISTOPHER PEEL - SLRD SPV | |
| ▓▓▓▓▓ | 0002 | MIRKO BOLOTIN | |
| ▓▓▓▓▓ | | PEDRO GARCIA | 110.00 |
| ▓▓▓▓▓ | 0002 | DINO C DIPADOVA | 153.00 |
| ▓▓▓▓▓ | 0002 | ARMANDO BAHENA JR. | |
| ▓▓▓▓▓ | 0076 | TIMOTHY EDWARD CONNORS | 112.00 |
| ▓▓▓▓▓ | 0068 | FRANCISCO CARDENAS | |
| ▓▓▓▓▓ | 0582 | JEREMY PANICO | 157.00 |
| ▓▓▓▓▓ | 0006 | RICARDO VALDEZ | 120.00 |
| ▓▓▓▓▓ | | Miguel Carrera | 113.50 |
| | | TOT | 1013.50 |
| | | | $27,840.85 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
If you are using USPS mail:
Laborers' Pension & Welfare Funds
33357 Treasury Center
Chicago, IL 60694-3300
If you are using Courier packages & messenger deliveries.
Xerox c/o BMO Harris
LBX 33357
141 W Jackson Blvd Ste 1000
Chicago, IL 60604

| Fund Adm. | _____ | Employer | |
|---|---|---|---|
| Union | _____ | By | Signed by an authorized officer, partner or agent only |

REMITTANC

**EXHIBIT
B-3**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
1-708-345-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | |
|---|---|
| 032808 | |

FED. ID NO
PHONE 708-345-8099

REPORT FOR HOURS WORKED IN APR. 2018
PERIOD FROM                    TO

Please check here

JG

**Inactive**                    PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST REM ENTERPRISES
2601 W LE MOYNE ST
MELROSE PARK IL 60160-1831

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0076 | RICARDO GARCIA | |
| | 0002 | ALEJANDRO REYES | |
| | 0076 | ERNESTO CARRERA | |
| | 0001 | RAMIRO LECHUGA | |
| | 0075 | KYLE CHRISTOPHER PEEL - SLRD SP\ | |
| | 0002 | MIRKO BOLOTIN | |
| | | PEDRO GARCIA | 18.5 |
| | 0002 | DINO C DIPADOVA | 106.5 |
| | 0002 | ARMANDO BAHENA JR. | |
| | 0076 | TIMOTHY EDWARD CONNORS | 98.5 |
| | 0068 | FRANCISCO CARDENAS | |
| | 0582 | JEREMY PANICO | |
| | 0006 | RICARDO VALDEZ | |
| | | Carrera, Miguel | 41 |
| | | | |
| | | | 204.5 |
| | | | $7265.82 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
If you are using USPS mail:
    Laborers' Pension & Welfare Funds
    33367 Treasury Center
    Chicago, IL 60694-3300
If you are using Courier packages & messenger deliveries:
    Xerox c/o BMO Harris
    LBX 33367
    141 W Jackson Blvd Ste 1000
    Chicago, IL 60604

Fund Adm. _____ Employer _____

Union _____ By _____
                        Signed by an authorized officer, partner or agent only

REMITTAN

**EXHIBIT B-4**

<u>MIDWEST REM ENTERPRISES, INC,</u>
<u>2601 W. LEMOYNE ST,</u>
<u>MELROSE PARK, IL 60160</u>

<u>EMPLOYER #32808</u>

<u>APRIL 1, 2014 – JUNE 30, 2017</u>





**BK** BANSLEY AND KIENER, L.L.P.
CERTIFIED PUBLIC ACCOUNTANTS

O'HARE PLAZA
8745 WEST HIGGINS ROAD
SUITE 200
CHICAGO, ILLINOIS 60631

TEL: (312) 263-2700
FAX: (312) 263-6935
WWW.BK-CPA.COM

April 6, 2018

Board of Trustees
Pension and Welfare Funds of Construction and General
    Laborers' District Council of Chicago and Vicinity
11465 Cermak Rd.
Westchester, IL 60154

We have applied certain procedures, as discussed below, to the payroll records of Midwest REM
Enterprises, Inc., a contributing employer to the Pension and Welfare Funds of Construction and General
Laborers' District Council of Chicago and Vicinity, for the period April 1, 2014 to June 30, 2017. The
purpose of our review was to assist you in determining whether contributions to the Trust Funds are being
made in accordance with the collective bargaining agreement in effect and with the Trust Agreement of
the Fund. The propriety of the contributions is the responsibility of the employer's management.

Our procedures generally include a review of the pertinent provisions of the collective bargaining
agreements and comparing underlying employer payroll records to Fund contribution records. The
employer records we review may include payroll journals, individual earnings records, payroll tax returns,
contribution reports, job classifications, and general disbursement records. The scope of this engagement
is limited to records made available by the employer and would not necessarily disclose all exceptions in
employer contributions to the Trust Fund. Any compensation paid to employees not disclosed to us or
made part of the written record is not determinable by us and is not included in our review. Any findings
are not based upon observations of employees doing actual work.

Our procedures relate to a review of the employer's payroll records only and do not extend to any
financial statements of the contributing employer. The procedures were substantially less in scope than an
audit of the financial statements of the contributing employer, the objective of which is the expression of
an opinion on the contributing employer's financial statements. Accordingly, no such opinion is
expressed.

The exceptions to employer contributions are noted on the accompanying report.

MEMBERS: AMERICAN INSTITUTE OF CPA'S • ILLINOIS CPA SOCIETY
AN INDEPENDENT MEMBER OF THE BDO ALLIANCE USA

-2-

The findings of this report should not be construed as an endorsement or ratification of any of the company's contribution practices. The finding is based solely on those documents that the employer provided to the auditors. This firm has not been retained to provide, and does not provide, any interpretation or advice concerning any terms of the collective bargaining agreement between the company and the Union or the terms of the Funds' respective Agreement and Declarations of Trust. All questions concerning the company's contribution practices, or any contributions or benefits-related issue, should be directed to the Union or the Fund office. No failure to note an exception to any of the employer's contribution practices should be construed as a ratification of such practice or waiver of the Union or the Funds' ability to challenge such practice in the future.

This report is not a determination of withdrawal liability owed under the Multi-Employer Pension Plan Amendments Act, 29 U.S.C. Section 1101, et al.

*Bansley and Kiener, L.L.P.*

BANSLEY and KIENER, L.L.P.
Certified Public Accountants

Mr. Ryan Lacey
Director of Financial Operations
Chicago Laborers' Pension and Welfare Funds
11465 Cermak Road
Westchester, Illinois 60154

For professional services rendered:

Payroll compliance review and preparation of report for the period April 1, 2014 through June 30, 2017.

| Employer | Amount |
|---|---|
| Midwest REM Enterprises, Inc. - #32808 | $4,979.75 |

# Laborers' District Council
## Reconciliation of Differences Per Year

| Fiscal Year Ending | 5-31 2014 | 5-31 2015 | 5-31 2016 | 5-31 2017 | 5-31 2018 | Total Due |
|---|---|---|---|---|---|---|
| Fringe Hours Not Reported | 0.00 | 9.00 | 0.00 | 113.50 | 16.00 | 138.50 |
| Dues Hours Not Reported | 3,568.50 | 6,354.50 | 884.50 | 200.00 | 16.00 | 11,023.50 |
| Wages Not Reported | 137,138.34 | 251,741.56 | 38,205.58 | 8,394.30 | 1,843.10 | 437,322.88 |
| Dollar Amount Due | | | | | | |
| Welfare | 0.00 | 89.82 | 0.00 | 1,132.73 | 162.40 | 1,384.95 |
| Retiree Welfare | N/A | 34.20 | 0.00 | 482.38 | 72.00 | 588.58 |
| Pension | 0.00 | 91.08 | 0.00 | 1,313.20 | 197.12 | 1,601.40 |
| Training | 0.00 | 4.50 | 0.00 | 56.75 | 8.00 | 69.25 |
| MTWCC | 107.06 | 190.65 | 26.54 | 6.01 | 0.48 | 330.74 |
| LECET | 249.80 | 444.83 | 61.92 | 14.01 | 1.12 | 771.68 |
| LMCC | 428.22 | 762.54 | 150.37 | 34.01 | 2.72 | 1,377.86 |
| Working Dues | 4,457.00 | 8,181.61 | 1,432.71 | 314.79 | 69.12 | 14,455.23 |
| Total | 5,242.08 | 9,799.23 | 1,671.54 | 3,353.88 | 512.96 | 20,579.69 |

| | |
|---|---|
| Plus previous liquidated damages assessed by Laborers' Pension and Welfare Funds | 1,491.44 |
| Plus previous underpayments incurred to Laborers' District Council Funds | 1,475.21 |
| Plus previous liquidated damages assessed by Laborers' District Council Funds | 1,500.17 |
| Audit Fee | 4,979.75 |
| Total amount due | 30,026.26 |

| | | | |
|---|---|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. | Person Contacted - | OSCAR BAEZA |
| Employer - | 32808 | Date of Contact - | AUGUST 21, 2017 |
| Date of Audit - | OCTOBER 5, 2017 | Telephone - | 708-345-8099 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 | Auditor - | RACHEL PATTERSON |

3

# Laborers' District Council

## Reconciliation Between Actual and Reported Hours - Totals

| Totals | Rate | Jun | Jul | Aug | 2013 Sep | Oct | Nov | Dec | Jan | Feb | 2014 Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL FRINGE HOURS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DUES HOURS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,372.00 | 2,196.50 | 3,568.50 |
| TOTAL WAGES | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,613.09 | 85,525.25 | 137,138.34 |

| | Rate | Jun | Jul | Aug | 2013 Sep | Oct | Nov | Dec | Jan | Feb | 2014 Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $13.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pension | $9.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Training | $0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MWCC | $0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41.16 | 65.90 | 107.06 |
| LECET | $0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.04 | 153.76 | 249.80 |
| LMCC | $0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 164.64 | 263.58 | 428.22 |
| Working Dues | 3.25% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,677.43 | 2,779.57 | 4,457.00 |
| Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,979.27 | 3,262.81 | 5,242.08 |

| | |
|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. |
| Employer - | 32808 |
| Date of Audit - | OCTOBER 5, 2017 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 |
| Person Contacted - | OSCAR BAEZA |
| Date of Contact - | AUGUST 21, 2017 |
| Telephone - | 708-345-8099 |
| Auditor - | RACHEL PATTERSON |

4

# Laborers' District Council

## Reconciliation Between Actual and Reported Hours – Welfare, Pension, & Training Funds

| SS# | Name | Rate | 2013 | | | | | | | 2014 | | | | | Total Hours |
| --- | --- | --- | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| | ALVARADO, ABEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BAKER, WILLIAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CARRERA, ERNESTO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CERPA, DANIEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GARCIA, RICARDO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HERRERA, ABEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HERRERA, JOSE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LECHUGA, RAMIRO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PEEL, KYLE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RIVERA, VICTOR | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SPADOJEVIC, BOGDAN | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | STONE, WILLIAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Welfare | $13.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pension | $9.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Training | $0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Employer Name - MIDWEST REM ENTERPRISES, INC.

Employer - 32808

Date of Audit - OCTOBER 5, 2017

Audit Period - APRIL 1, 2014 - JUNE 30, 2017

Person Contacted - OSCAR BAEZA

Date of Contact - AUGUST 21, 2017

Telephone - 708-345-8099

Auditor - RACHEL PATTERSON

# Laborers' District Council

### Reconciliation Between Actual and Reported Hours - MWCC, LECET, & LMCC Funds

| SS# | Name | Rate | Jun | Jul | Aug | 2013 Sep | Oct | Nov | Dec | Jan | Feb | 2014 Mar | Apr | May | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALVARADO, ABEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148.00 | 193.50 | 341.50 |
| | BAKER, WILLIAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.50 | 259.00 | 411.50 |
| | CARRERA, ERNESTO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 195.00 | 243.50 | 438.50 |
| | CERPA, DANIEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 59.00 | 73.00 |
| | GARCIA, RICARDO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.50 | 206.50 | 388.00 |
| | HERRERA, ABEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 138.00 | 202.50 | 340.50 |
| | HERRERA, JOSE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129.00 | 203.00 | 332.00 |
| | LECHUGA, RAMIRO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.50 | 234.50 | 385.00 |
| | PEEL, KYLE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 160.00 |
| | RIVERA, VICTOR | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.50 | 168.50 | 287.00 |
| | SPADOLEVIC, BOGDAN | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145.00 | 95.50 | 240.50 |
| | STONE, WILLIAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 171.00 | 171.00 |
| | Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,372.00 | 2,196.50 | 3,568.50 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MWCC | $0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41.16 | 65.90 | 107.06 |
| LECET | $0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.04 | 153.76 | 249.80 |
| LMCC | $0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 164.64 | 263.58 | 428.22 |
| Working Dues | 3.25% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,677.43 | 2,779.57 | 4,457.00 |
| Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,979.27 | 3,262.81 | 5,242.08 |

| | |
|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. |
| Employer - | 32808 |
| Date of Audit - | OCTOBER 5, 2017 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 |

| | |
|---|---|
| Person Contacted - | OSCAR BAEZA |
| Date of Contact - | AUGUST 21, 2017 |
| Telephone - | 708-345-8099 |
| Auditor - | RACHEL PATTERSON |

# Laborers' District Council

Reconciliation Between Actual and Reported Gross Wages

| SS# | Name | 2013 Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | 2014 Feb | Mar | Apr | May | Total Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALVARADO, ABEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,790.50 | 7,520.25 | 13,310.75 |
| | BAKER, WILLIAM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,984.75 | 11,118.50 | 17,103.25 |
| | CARRERA, ERNESTO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,319.39 | 10,384.55 | 18,703.94 |
| | CERPA, DANIEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 555.00 | 2,331.00 | 2,886.00 |
| | GARCIA, RICARDO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,113.25 | 8,056.75 | 15,170.00 |
| | HERRERA, ABEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,254.00 | 7,834.75 | 13,088.75 |
| | HERRERA, JOSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,902.50 | 7,862.50 | 12,765.00 |
| | LECHUGA, RAMIRO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,892.25 | 9,462.75 | 15,355.00 |
| | PEEL, KYLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,384.60 | 5,384.60 |
| | RIVERA, VICTOR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,504.75 | 6,539.75 | 11,044.50 |
| | SPADOJEVIC, BOGDAN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,296.70 | 2,203.35 | 5,500.05 |
| | STONE, WILLIAM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,826.50 | 6,826.50 |
| | Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,613.09 | 85,525.25 | 137,138.34 |

Rate - 3.25% of gross wages

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,677.43 | 2,779.57 | 4,457.00 |

| | |
|---|---|
| Employer Name - MIDWEST REM ENTERPRISES, INC. | Person Contacted - OSCAR BAEZA |
| Employer - 32808 | Date of Contact - AUGUST 21, 2017 |
| Date of Audit - OCTOBER 5, 2017 | Telephone - 708-345-8099 |
| Audit Period - APRIL 1, 2014 - JUNE 30, 2017 | Auditor - RACHEL PATTERSON |

# Laborers' District Council

## Reconciliation Between Actual and Reported Hours – Totals

| Totals | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2014 | | | | | | 2015 | | | |
| TOTAL FRINGE HOURS | | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 |
| TOTAL DUES HOURS | | 1,770.00 | 1,513.50 | 1,834.50 | 1,227.50 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,354.50 |
| TOTAL WAGES | | 71,674.30 | 59,711.25 | 71,415.91 | 48,509.10 | 431.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 251,741.56 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $9.98 | 0.00 | 0.00 | 0.00 | 0.00 | 89.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.82 |
| Retiree Welfare | $3.80 | 0.00 | 0.00 | 0.00 | 0.00 | 34.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.20 |
| Pension | $10.12 | 0.00 | 0.00 | 0.00 | 0.00 | 91.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 91.08 |
| Training | $0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| MWCC | $0.03 | 53.10 | 45.41 | 55.04 | 36.83 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.65 |
| LECET | $0.07 | 123.90 | 105.95 | 128.42 | 85.93 | 0.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.83 |
| LMCC | $0.12 | 212.40 | 181.62 | 220.14 | 147.30 | 1.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 762.54 |
| Working Dues | 3.25% | 2,329.41 | 1,940.62 | 2,321.02 | 1,576.55 | 14.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,181.61 |
| Total | | 2,718.81 | 2,273.60 | 2,724.62 | 1,846.51 | 235.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,799.23 |

| | |
|---|---|
| Employer Name – MIDWEST REM ENTERPRISES, INC. | Person Contacted – OSCAR BAEZA |
| Employer – 32808 | Date of Contact – AUGUST 21, 2017 |
| Date of Audit – OCTOBER 5, 2017 | Telephone – 708-345-8099 |
| Audit Period – APRIL 1, 2014 - JUNE 30, 2017 | Auditor – RACHEL PATTERSON |

8

# Laborers' District Council

### Reconciliation Between Actual and Reported Hours - Welfare, Retiree Welfare, Pension, & Training Funds

| SS# | Name | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2014 | | | | | | | 2015 | | | |
| | ALVARADO, ABEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMODEO, ANTHONY | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BAKER, WILLIAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BUBASH, DANIEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CARRERA, ERNESTO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CERPA, DANIEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GARCIA, RICARDO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HERRERA, ABEL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HERRERA, JOSE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LECHUGA, RAMIRO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PEEL, KYLE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PEEL, MATTHEW | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RIVERA, VICTOR | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SOLIS, JAVIER | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RUSSO, RONALD | | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 |
| | SPADOJEVIC, BOGDAN | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | STONE, WILLIAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total | | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 |

| | Rate | | | | | | Oct | | | | | | | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $9.88 | | 0.00 | 0.00 | 0.00 | 0.00 | 89.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.82 |
| Retiree Welfare | $3.50 | | 0.00 | 0.00 | 0.00 | 0.00 | 34.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.20 |
| Pension | $10.12 | | 0.00 | 0.00 | 0.00 | 0.00 | 91.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 91.08 |
| Training | $0.50 | | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| Total | | | 0.00 | 0.00 | 0.00 | 0.00 | 219.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 219.60 |

**Note: Contributions were never received for Ronald Russo.

| | | |
|---|---|---|
| Employer Name - MIDWEST REM ENTERPRISES, INC. | Person Contacted - | OSCAR BAEZA |
| Employer - 32808 | Date of Contact - | AUGUST 21, 2017 |
| Date of Audit - OCTOBER 5, 2017 | Telephone - | 708-345-8099 |
| Audit Period - APRIL 1, 2014 - JUNE 30, 2017 | Auditor - | RACHEL PATTERSON |

# Laborers' District Council

## Reconciliation Between Actual and Reported Hours - MWCC, LECET, & LMCC Funds

| SS# | Name | Rate | 2014 | | | | | | | 2015 | | | | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| | ALVARADO, ABEL | | 158.00 | 163.00 | 187.50 | 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 619.00 |
| | AMODEO, ANTHONY | | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| | BAKER, WILLIAM | | 190.50 | 24.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 215.00 |
| | BUBASH, DANIEL | | 163.50 | 151.50 | 186.50 | 136.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 638.00 |
| | CARRERA, ERNESTO | | 215.50 | 217.00 | 238.50 | 171.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 842.00 |
| | CERPA, DANIEL | | 0.00 | 24.00 | 72.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.50 |
| | GARCIA, RICARDO | | 129.50 | 114.50 | 235.00 | 131.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 610.00 |
| | HERRERA, ABEL | | 93.50 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 188.50 |
| | HERRERA, JOSE | | 51.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.00 |
| | LECHUGA, RAMIRO | | 150.00 | 143.50 | 209.00 | 153.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 656.00 |
| | PEEL, KYLE | | 160.00 | 160.00 | 180.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 640.00 |
| | PEEL, MATTHEW | | 139.50 | 122.00 | 129.00 | 89.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| | RIVERA, VICTOR | | 95.00 | 32.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 127.50 |
| | SOLIS, JAVIER | | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 |
| | RUSSO, RONALD | | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 |
| | SPADOJEVIC, BOGDAN | | 84.50 | 108.00 | 161.00 | 78.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 432.00 |
| | STONE, WILLIAM | | 139.50 | 158.00 | 235.50 | 179.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 712.00 |
| | Total | | 1,770.00 | 1,513.50 | 1,834.50 | 1,227.50 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,354.50 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MWCC | $0.03 | 53.10 | 45.41 | 55.04 | 36.83 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.65 |
| LECET | $0.07 | 123.90 | 105.55 | 128.42 | 85.93 | 0.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.83 |
| LMCC | $0.12 | 212.40 | 181.62 | 220.14 | 147.30 | 1.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 762.54 |
| Working Dues | 3.25% | 2,329.41 | 1,940.62 | 2,321.02 | 1,576.55 | 14.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,181.61 |
| Total | | 2,718.81 | 2,273.50 | 2,724.62 | 1,846.61 | 15.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,579.63 |

| | | | |
|---|---|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. | Person Contacted - | OSCAR BAEZA |
| Employer - | 32808 | Date of Contact - | AUGUST 21, 2017 |
| Date of Audit - | OCTOBER 5, 2017 | Telephone - | 708-345-8099 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 | Auditor - | RACHEL PATTERSON |

10

# Laborers' District Council

## Reconciliation Between Actual and Reported Gross Wages

| SS# | Name | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2014 | | | | | | 2015 | | | |
| | ALVARADO, ABEL | 6,398.00 | 6,707.00 | 7,457.50 | 4,550.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,113.00 |
| | AMODEO, ANTHONY | 0.00 | 0.00 | 836.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 836.00 |
| | BAKER, WILLIAM | 8,444.25 | 940.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,384.75 |
| | BUBASH, DANIEL | 7,103.06 | 6,051.50 | 7,248.50 | 5,652.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,055.56 |
| | CARRERA, ERNESTO | 10,072.31 | 10,208.15 | 10,629.71 | 7,668.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,578.82 |
| | CERPA, DANIEL | 0.00 | 912.00 | 2,764.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,676.50 |
| | GARCIA, RICARDO | 5,338.25 | 4,702.50 | 10,089.00 | 5,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,459.25 |
| | HERRERA, ABEL | 3,659.75 | 3,743.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,402.75 |
| | HERRERA, JOSE | 1,960.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,960.00 |
| | LECHUGA, RAMIRO | 6,078.50 | 6,089.50 | 8,284.00 | 6,422.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,874.00 |
| | PEEL, KYLE | 5,384.60 | 5,384.60 | 5,384.60 | 5,384.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,538.40 |
| | PEEL, MATTHEW | 6,070.50 | 4,864.00 | 4,958.50 | 3,581.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,484.50 |
| | RIVERA, VICTOR | 3,708.75 | 1,244.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,953.25 |
| | SOLIS, JAVIER | 0.00 | 0.00 | 0.00 | 675.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 675.25 |
| | RUSSO, RONALD | 0.00 | 0.00 | 0.00 | 0.00 | 431.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 431.00 |
| | SPADOJEVIC, BOGDAN | 1,971.08 | 2,442.00 | 3,674.10 | 1,787.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,874.28 |
| | STONE, WILLIAM | 5,485.25 | 6,422.00 | 10,079.50 | 7,457.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,444.25 |
| | Total | 71,674.30 | 59,711.25 | 71,415.91 | 48,509.10 | 431.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 251,741.55 |

Rate - 3.25% of gross wages

| Dues | 2,329.41 | 1,940.62 | 2,321.02 | 1,576.55 | 14.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,181.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Employer Name - MIDWEST REM ENTERPRISES, INC.

Employer - 32808

Date of Audit - OCTOBER 5, 2017

Audit Period - APRIL 1, 2014 - JUNE 30, 2017

Person Contacted - OSCAR BAEZA

Date of Contact - AUGUST 21, 2017

Telephone - 708-345-8099

Auditor - RACHEL PATTERSON

11

# Laborers' District Council

Reconciliation Between Actual and Reported Hours - Welfare, Retiree Welfare, Pension, & Training Funds

| SS# | Name | Rate | 2015 | | | | | | | 2016 | | | | | Total Hours |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| | CARRERA, ERNESTO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GARCIA, RICARDO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LECHUGA, RAMIRO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SOLIS, JAVIER | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | STONE, TREVOR | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | STONE, WILLIAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Welfare | $9.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Retiree Welfare | $4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Pension | $10.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Training | $0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

| | | | |
| --- | --- | --- | --- |
| Employer Name - | MIDWEST REM ENTERPRISES, INC. | Person Contacted - | OSCAR BAEZA |
| Employer - | 32808 | Date of Contact - | AUGUST 21, 2017 |
| Date of Audit - | OCTOBER 5, 2017 | Telephone - | 708-345-8099 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 | Auditor - | RACHEL PATTERSON |

12

# Laborers' District Council

Reconciliation Between Actual and Reported Hours - MWCC, LECET, & LMCC Funds

| SS# | Name | Rate | 2015 Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | 2016 Mar | Apr | May | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CARRERA, ERNESTO | | 176.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 176.50 |
| | GARCIA, RICARDO | | 209.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 209.50 |
| | LECHUGA, RAMIRO | | 151.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 151.50 |
| | SOLIS, JAVIER | | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39.00 |
| | STONE, TREVOR | | 148.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148.00 |
| | STONE, WILLIAM | | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 |
| | | Total | 884.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 884.50 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MWCC | $0.03 | 26.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.54 |
| LECET | $0.07 | 61.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61.92 |
| LMCC | $0.17 | 150.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.37 |
| Working Dues | 3.75% | 1,423.35 | 0.00 | 0.00 | 0.00 | 9.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,432.71 |
| Total | | 1,662.18 | 0.00 | 0.00 | 0.00 | 9.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,571.54 |

| | | |
|---|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. | Person Contacted - OSCAR BAEZA |
| Employer - | 32808 | Date of Contact - AUGUST 21, 2017 |
| Date of Audit - | OCTOBER 5, 2017 | Telephone - 708-345-8099 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 | Auditor - RACHEL PATTERSON |

13

# Laborers' District Council

## Reconciliation Between Actual and Reported Gross Wages

| SS# | Name | 2015 | | | | | | | | 2016 | | | | | Total Wages |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| | CARRERA, ERNESTO | 7,994.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,994.28 |
| | GARCIA, RICARDO | 9,239.30 | 0.00 | 0.00 | 0.00 | 249.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,488.90 |
| | LECHUGA, RAMIRO | 6,374.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,374.60 |
| | SOLIS, JAVIER | 1,615.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,615.00 |
| | STONE, TREVOR | 6,123.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,123.80 |
| | STONE, WILLIAM | 6,609.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,609.00 |
| | Total | 37,955.98 | 0.00 | 0.00 | 0.00 | 249.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,205.58 |

Rate - 3.75% of gross wages

| | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dues | 1,423.35 | 0.00 | 0.00 | 0.00 | 9.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,432.71 |

| | |
| --- | --- |
| Employer Name - | MIDWEST REM ENTERPRISES, INC. |
| Employer - | 32808 |
| Date of Audit - | OCTOBER 5, 2017 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 |

| | |
| --- | --- |
| Person Contacted - | OSCAR BAEZA |
| Date of Contact - | AUGUST 21, 2017 |
| Telephone - | 708-345-8099 |
| Auditor - | RACHEL PATTERSON |

14

# Laborers' District Council

### Reconciliation Between Actual and Reported Hours – Totals

| Totals | Rate | Jun | Jul | Aug | Sep 2016 | Oct | Nov | Dec | Jan | Feb | Mar 2017 | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL FRINGE HOURS | | 0.00 | 0.00 | 80.00 | 5.50 | 0.00 | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 113.50 |
| TOTAL DUES HOURS | | 0.00 | 0.00 | 60.00 | 5.50 | 0.00 | 118.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 200.00 |
| TOTAL WAGES | | 0.00 | 0.00 | 2,412.00 | 331.65 | 0.00 | 5,073.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 576.60 | 8,394.30 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $9.98 | 0.00 | 0.00 | 598.80 | 54.89 | 0.00 | 319.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 159.68 | 1,132.73 |
| Retiree Welfare | $4.25 | 0.00 | 0.00 | 255.00 | 23.38 | 0.00 | 136.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 | 482.38 |
| Pension | $11.57 | 0.00 | 0.00 | 694.20 | 63.64 | 0.00 | 370.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.12 | 1,313.20 |
| Training | $0.50 | 0.00 | 0.00 | 30.00 | 2.75 | 0.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 56.75 |
| MWCC | $0.03 | 0.00 | 0.00 | 1.80 | 0.17 | 0.00 | 3.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.48 | 6.01 |
| LECET | $0.07 | 0.00 | 0.00 | 4.20 | 0.39 | 0.00 | 8.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.12 | 14.01 |
| LMCC | $0.17 | 0.00 | 0.00 | 10.20 | 0.94 | 0.00 | 20.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.72 | 34.01 |
| Working Dues | 3.75% | 0.00 | 0.00 | 90.45 | 12.44 | 0.00 | 190.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.63 | 314.79 |
| Total | | 0.00 | 0.00 | 1,684.65 | 158.50 | 0.00 | 1,063.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 446.75 | 3,353.88 |

| | |
|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. |
| Employer - | 32808 |
| Date of Audit - | OCTOBER 5, 2017 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 |
| Person Contacted - | OSCAR BAEZA |
| Date of Contact - | AUGUST 21, 2017 |
| Telephone - | 708-345-8099 |
| Auditor - | RACHEL PATTERSON |

15

# Laborers' District Council

### Reconciliation Between Actual and Reported Hours – Welfare, Retiree Welfare, Pension, & Training Funds

| SS# | Name | Rate | Jun | Jul | Aug (2016) | Sep | Oct | Nov | Dec | Jan | Feb | Mar (2017) | Apr | May | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | COLLINS, SAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PANICO, JEREMY | | 0.00 | 0.00 | 0.00 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| | RAMIREZ, ALBERTO | | 0.00 | 0.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 76.00 |
| | WATROUS, JASON L | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 |
| | | Total | 0.00 | 0.00 | 60.00 | 5.50 | 0.00 | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 113.50 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $9.98 | 0.00 | 0.00 | 598.80 | 54.89 | 0.00 | 319.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 159.68 | 1,132.73 |
| Retiree Welfare | $4.25 | 0.00 | 0.00 | 255.00 | 23.38 | 0.00 | 136.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 | 482.38 |
| Pension | $11.57 | 0.00 | 0.00 | 694.20 | 63.64 | 0.00 | 370.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.12 | 1,313.20 |
| Training | $0.50 | 0.00 | 0.00 | 30.00 | 2.75 | 0.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 56.75 |
| Total | | 0.00 | 0.00 | 1,578.00 | 144.66 | 0.00 | 841.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 420.80 | 2,985.06 |

| | |
|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. |
| Employer - | 32808 |
| Date of Audit - | OCTOBER 5, 2017 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 |
| Person Contacted - | OSCAR BAEZA |
| Date of Contact - | AUGUST 21, 2017 |
| Telephone - | 708-345-8099 |
| Auditor - | RACHEL PATTERSON |

16

# Laborers' District Council

## Reconciliation Between Actual and Reported Hours - MWCC, LECET, & LMCC Funds

| SS# | Name | Rate | 2016 | | | | | | | 2017 | | | | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| | COLLINS, SAM | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.50 |
| | PANICO, JEREMY | | 0.00 | 0.00 | 0.00 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| | RAMIREZ, ALBERTO | | 0.00 | 0.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 76.00 |
| | WATROUS, JASON L | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 |
| | Total | | 0.00 | 0.00 | 60.00 | 5.50 | 0.00 | 118.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 200.00 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MWCC | $0.03 | 0.00 | 0.00 | 1.80 | 0.17 | 0.00 | 3.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.48 | 6.01 |
| LECET | $0.07 | 0.00 | 0.00 | 4.20 | 0.39 | 0.00 | 8.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.12 | 14.01 |
| LMCC | $0.17 | 0.00 | 0.00 | 10.20 | 0.94 | 0.00 | 20.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.72 | 34.01 |
| Working Dues | 3.75% | 0.00 | 0.00 | 90.45 | 12.44 | 0.00 | 190.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.63 | 314.79 |
| Total | | 0.00 | 0.00 | 106.65 | 13.94 | 0.00 | 222.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.95 | 368.82 |

| | | | |
|---|---|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. | Person Contacted - | OSCAR BAEZA |
| Employer - | 32808 | Date of Contact - | AUGUST 21, 2017 |
| Date of Audit - | OCTOBER 5, 2017 | Telephone - | 708-345-8099 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 | Auditor - | RACHEL PATTERSON |

17

# Laborers' District Council

## Reconciliation Between Actual and Reported Gross Wages

| SS# | Name | 2016 | | | | | | | 2017 | | | | | Total Wages |
|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| | COLLINS, SAM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,787.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,787.45 |
| | PANICO, JEREMY | 0.00 | 0.00 | 0.00 | 331.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 331.65 |
| | RAMIREZ, ALBERTO | 0.00 | 0.00 | 2,412.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 576.80 | 2,988.80 |
| | WATROUS, JASON L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,286.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,286.40 |
| | Total | 0.00 | 0.00 | 2,412.00 | 331.65 | 0.00 | 5,073.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 576.80 | 8,394.30 |

Rate - 3.75% of gross wages

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Dues | | 0.00 | 0.00 | 90.45 | 12.44 | 0.00 | 190.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.63 | 314.79 |

| | | | |
|---|---|---|---|
| Employer Name - | MIDWEST REM ENTERPRISES, INC. | Person Contacted - | OSCAR BAEZA |
| Employer - | 32808 | Date of Contact - | AUGUST 21, 2017 |
| Date of Audit - | OCTOBER 5, 2017 | Telephone - | 708-345-8099 |
| Audit Period - | APRIL 1, 2014 - JUNE 30, 2017 | Auditor - | RACHEL PATTERSON |

# Laborers' District Council

### Reconciliation Between Actual and Reported Hours

| SS# | Name | Rate | 2017 Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | 2018 Mar | Apr | May | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GARCIA, RICARDO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RAMIREZ, ALBERTO | | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 |
| | Total | | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $10.15 | 162.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 162.40 |
| Retiree Welfare | $4.50 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 |
| Pension | $12.32 | 197.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 197.12 |
| Training | $0.50 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| MWCC | $0.03 | 0.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.48 |
| LECET | $0.07 | 1.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.12 |
| LMCC | $0.17 | 2.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.72 |
| Working Dues | 3.75% | 69.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.12 |
| Total | | 512.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 512.96 |

Employer Name - MIDWEST REM ENTERPRISES, INC.

Employer - 32808

Date of Audit - OCTOBER 5, 2017

Audit Period - APRIL 1, 2014 - JUNE 30, 2017

Person Contacted - OSCAR BAEZA

Date of Contact - AUGUST 21, 2017

Telephone - 708-345-8099

Auditor - RACHEL PATTERSON

19

# Laborers' District Council

## Reconciliation Between Actual and Reported Gross Wages

| SS# | Name | 2017 | | | | | | | 2018 | | | | | Total Wages |
| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| | GARCIA, RICARDO | 1,266.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,266.30 |
| | RAMIREZ, ALBERTO | 576.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 576.80 |
| | Total | 1,843.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,843.10 |

Rate - 3.75% of gross wages

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total Wages |
| Dues | 69.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.12 |

| | |
|---|---|
| Employer Name - MIDWEST REM ENTERPRISES, INC. | Person Contacted - OSCAR BAEZA |
| Employer - 32808 | Date of Contact - AUGUST 21, 2017 |
| Date of Audit - OCTOBER 5, 2017 | Telephone - 708-345-8099 |
| Audit Period - APRIL 1, 2014 - JUNE 30, 2017 | Auditor - RACHEL PATTERSON |

20

21

**BANSLEY & KIENER, L.L.P.**
**PAYROLL AUDIT INFORMATION SHEET**

| | | | |
|---|---|---|---|
| EMPLOYER'S NAME | MIDWEST REM ENTERPRISES, INC. | EMPLOYER # | 32808 |
| ADDRESS | 2601 W. LEMOYNE ST. | PHONE # | 708-345-8099 |
| CITY/STATE/ZIP | MELROSE PARK, IL 60160 | FEIN # | |
| DATE OF CONTACT | AUGUST 21, 2017 | AUDIT PERIOD | 4/1/14 - 6/30/17 |
| CONTACT'S NAME | OSCAR BAEZA | TITLE | CONTROLLER |
| PERSON FUND IS TO CONTACT | SAME AS ABOVE | TITLE | SAME AS ABOVE |
| ENTITY TYPE | CORPORATION | FIELD REP. | JOE GILLERAN |
| BUSINESS ACTIVITY | HEAVY CONSTRUCTION | | |

| | |
|---|---|
| AVERAGE NUMBER OF EMPLOYEES | 60 |
| AVERAGE NUMBER OF LABORERS | 20 |
| AVERAGE ANNUAL GROSS REVENUE | $10,450,000 |

| OWNERSHIP-PRINCIPALS | TITLE | % | ADDRESS |
|---|---|---|---|
| ALBERTO RAMIREZ | PRESIDENT | 51% | |
| BARBARA RAMIREZ | VICE PRESIDENT | 49% | |

BANKING FACILITIES USED AND ACCOUNT NO.        FIRST SECURITY TRUST & SAVINGS BANK

DOES EMPLOYER HAVE INTEREST IN OTHER OPERATIONS?

[ ] YES    [X] NO

IF YES, LIST NAMES OF SAME        N/A

IS EMPLOYER A MEMBER OF ANY TRADE ORGANIZATION/ASSOCIATION?

[X] YES    [ ] NO

IF YES, LIST NAMES OF SAME        HACIA

22

**BANSLEY & KIENER, L.L.P.**
**PAYROLL AUDIT INFORMATION SHEET**

AUDIT DATE           OCTOBER 5, 2017

AUDIT SITE (IF DIFFERENT FROM EMPLOYER'S ADDRESS):    N/A

ALL REQUIRED ACCOUNTING RECORDS WERE AVAILABLE WITH THE EXCEPTION OF:    N/A

BRIEFLY DESCRIBE THE NATURE OF THE DELINQUENCY, IF ANY:    REPORTS WERE NOT REMITTED TO THE LABORERS' DISTRICT COUNCIL FUNDS FOR APRIL THROUGH SEPTEMBER 2014 AND JUNE 2015. THE OTHER DEFICIENCIES APPEARED TO BE CLERICAL ERRORS.

DID YOUR EXAMINATION UNCOVER ANYTHING SPECIAL OR UNUSUAL WHICH SHOULD BE BROUGHT TO THE ATTENTION OF THE FUND COUNSEL OR OTHER INTERESTED PERSONS?

[X] YES        [ ] NO

IF YES, EXPLAIN:    SEE ATTACHED MEMO REGARDING AUDIT COST.

AUDITOR:    RACHEL PATTERSON

**Midwest REM Enterprises, Inc. #32808 – Memo Regarding Audit Cost**

The employer averaged around 20 Laborers per year, used a large number of subcontractors, and the report contains a significant amount of deficiencies. There were also several credits that were issued prior to the audit being completed as well as an issue with the hours being flipped between November and December 2016. We also had to clear 30 drivers and an issue with one Laborer in 2014 with the Fund office. These factors caused the audit fee to be over $2,000.

**Bansley and Kiener, L.L.P.**
**Payroll Audit Information Sheet**

I, _____Alberto Ramirez_____, declare and state as follows:

I am an Officer and/or Shareholder of ___Midwest REM Enterprises, Inc._____

_____

(hereinafter, the "Company") and I am duly authorized to make the representations and enter into

the agreements set forth herein on behalf of the Company.

Company Name: ___Midwest REM Enterprises, Inc._____

Entity Type: _____ S Corp _____

Business Activity: ___Heavy Construction_____

| Ownership-Principals | Title | % |
|---|---|---|
| Alberto Ramirez | President | 51 |
| Barbara Ramirez | VP | 49 |
| | | |
| | | |
| | | |

Banking Facilities Used and Account Number: ___First Security Trust & Savings Bank____

_____

Do any of the Company's Owners shareholders or officers have a shareholder or officer position
in another company or entity?  Yes _____  No _X___

If Yes, List Names of Other companies or entities: _____

_____

Has the Company employed any subcontractors owned or operated by any Officer, Shareholder,
or family members of the Company's Officers and/or Shareholders?  Yes _____  No _X___

If Yes, List Names of the subcontractors and the related Owners/Operators:

_____

_____

Has the Company subcontracted work covered by the Laborers' collective bargaining agreement to any subcontractors that are not signatory with the Chicago Laborers' Union?
Yes _____ No _X_

If Yes, List Names of the subcontractors:

_____

_____

_____

_____

I, the undersigned, certify under penalty of perjury that the foregoing is true and correct:

_____ , as Officer and/or Shareholder of

Midwest KEM Enterprises, Inc.

Dated: _____10/06/17_____

# LABORERS' PENSION & WELFARE FUNDS
## SUMMARY OF AMOUNTS OWED
### REVISED
### AUDIT

EMPLOYER  MIDWEST REM ENTERPRISES, INC.  CODE 32808

FOLLOWING ARE THE FIGURES OWED BY THE ABOVE MENTIONED CONTRACTOR AS A RESULT OF THE AUDIT.

4-1-14 - 6-30-17

| PERIOD | HOURS | WELFARE | RATE | RETIREE WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LDCLMCC | RATE | MWCC | RATE | LECET | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-1-14 - 5-31-14 | 3,562.50 | - | - | - | - | - | - | - | - | 4,457.00 | 428.22 | 0.12 | 107.06 | 0.03 | 249.80 | 0.07 | 5,242.08 |
| 6-1-14 - 5-31-15 | 9.00 | 89.82 | 9.98 | 34.20 | 3.80 | 91.08 | 10.12 | 4.50 | 0.50 | - | - | - | - | - | - | - | 219.80 |
| 6-1-14 - 5-31-15 | 6,354.50 | - | - | - | - | - | - | - | - | 8,181.61 | 762.54 | 0.12 | 190.65 | 0.03 | 444.83 | 0.07 | 9,579.03 |
| 6-1-15 - 5-31-16 | 884.50 | - | - | - | - | - | - | - | - | 1,432.71 | 150.37 | 0.17 | 26.54 | 0.03 | 61.92 | 0.07 | 1,671.44 |
| 6-1-16 - 5-31-17 | 37.50 | 374.25 | 9.98 | 159.38 | 4.25 | 433.88 | 11.57 | 18.75 | 0.50 | - | - | - | - | - | - | - | 986.05 |
| 6-1-16 - 5-31-17 | 124.00 | - | - | - | - | - | - | - | - | 202.71 | 21.09 | 0.17 | 3.73 | 0.03 | 8.69 | 0.07 | 236.22 |
| 6-1-17 - 6-30-17 | - | - | - | - | - | - | - | - | - | 47.49 | - | - | - | - | - | - | 47.49 |
| SHORTAGES | | - | - | - | - | - | - | - | - | 196.27 | 774.63 | - | 150.10 | - | 354.21 | - | 1,475.21 |
| SUBTOTAL | 10,978.00 | 464.07 | - | 193.58 | | 524.96 | | 23.25 | | 14,517.79 | 2,136.85 | | 478.08 | | 1,119.45 | | 19,458.84 |
| 10% LIQUIDATED DAMAGES | | | | | | | | | | 1,451.78 | 213.69 | | 47.81 | | 111.95 | | 1,825.20 |
| 20% LIQUIDATED DAMAGES | | 92.81 | | 38.72 | | 104.99 | | 4.65 | | | | | | | | | 241.37 |
| AUDIT COSTS | | 1,693.12 | | 1,643.32 | | 1,643.31 | | | | | | | | | | | 4,979.75 |
| ATTORNEY FEES | | - | | - | | - | | | | | | | | | | | |
| ACCUM. LIQUIDATED DAMAGES | | 561.29 | | 248.85 | | 681.30 | | | | 1,500.17 | - | | - | | - | | 2,991.56 |
| ACCUM. INTEREST | | 103.84 | | 42.32 | | 114.25 | | 5.20 | | | 679.18 | | 165.54 | | 386.23 | | 1,496.54 |
| TOTAL DUE | | 2,915.13 | | 2,166.79 | | 3,068.81 | | 33.10 | | 17,469.74 | 3,029.72 | | 691.43 | | 1,617.63 | | 30,992.95 |



EXHIBIT C-2